996 A.2d 473

**Com. ex rel. Derrick BARNES, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS,**
Secretary Mr. Jeffrey A. Beard, Ph.D., Appellees.

Supreme Court of Pennsylvania.

May 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2010, the order of the Commonwealth Court is AFFIRMED.